# United States Bankruptcy Court
For The
District of Maryland/Northern Division

Case No: 07-19530-NVA
Judge: Nancy V. Alquist
Date: 4/11/2008

**IN RE:** LENNORIA M WILKINS
3245 SHANNON DRIVE
BALTIMORE, MD 21213

**NOTICE OF FILED CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed, which will be paid in the amounts and manner set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| Claim # | Name and Address of Creditor | Amount | Classification |
|---|---|---|---|
| 001 | WORLD FINANCIAL NETWORK NATL BANK / C/O WEINSTEIN & RIL<br>2001 WESTERN AVENUE #400 / SEATTLE, WA 98121-0000<br>Acct: #####7174<br>Comment: | 136.64 | Unsecured |
| 002 | AMERICAS SERVICING / ONE HOME CAMPUS<br>BK PMT PROC/ MAC #X2302-04C / DES MOINES, IA 50328<br>Acct: ######9328<br>Comment: | 9,468.85 | Secured |
| 003 | HSTN FUNDING / 2620 FOUNTAINVIEW<br>SUITE 305 / HOUSTON, TX 77057-7688<br>Acct: 5991<br>Comment: | 2,358.44 | Unsecured |
| 004 | CREDIT ACCEPTANCE CORP / P O BOX 513<br>SOUTHFIELD, MI 48037-0000<br>Acct: ##########1756<br>Comment: OUTSIDE PER PLAN | | DirectPay<br>.00 |
| 005 | CAPITAL ONE BANK / 11013 W BROAD STREET<br>GLEN ALLEN, VA 23060-0000<br>Acct: ##########0169<br>Comment: | None | Not Filed<br>.00 |
| 006 | FIRST BANK OF DELAWARE / 1000 ROCK RUN PARKWAY<br>WILMINGTON, DE 19801<br>Acct: #######################<br>Comment: | None | Not Filed<br>.00 |
| 007 | HSBC NV / P O BOX 19360<br>PORTLAND, OR 97280<br>Acct: ##########0451<br>Comment: | None | Not Filed<br>.00 |
| 008 | US DEPARTMENT OF EDUCATION / NOTICING<br>P O BOX 13328 / RICHMOND, VA 23225-0000<br>Acct: #######################<br>Comment: OUTSIDE PER PLAN | | DirectPay<br>6,356.00 |
| 009 | PASADENA RECEIVABLES INC / 8028 RITCHIE HIGHWAY<br>SUITE 300 / PASADENA, MD 21122-0000<br>Acct: 9165<br>Comment: unschd secd outside plan | 1,035.42 | Secured |
| 010 | ECAST SETTLEMENT CORPORATION / GE MONEY BANK<br>P O BOX 35480 / NEWARK, NJ 07193-5480<br>Acct: ##################YLOR<br>Comment: ADDED | 271.52 | Unsecured |

# United States Bankruptcy Court
For The
District of Maryland/Northern Division

**IN RE:** LENNORIA M WILKINS  
3245 SHANNON DRIVE  
BALTIMORE, MD 21213

Case No: 07-19530-NVA  
Judge: Nancy V. Alquist  
Date: 4/11/2008

## NOTICE OF FILED CLAIMS

NOTICE IS HEREBY GIVEN of claims filed, which will be paid in the amounts and manner set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| Claim # | Name and Address of Creditor | Amount | Classification |
|---|---|---|---|
| 011 | SUPERVISOR OF DELIN ACCTS / RM 1 MUNICIPAL BUILDING HOLLIDAY & LEXINGTON STREETS / BALTIMORE, MD 21202 | 2,171.92 | Priority |
| | Acct: ####-023 | | |
| | Comment: ADDED | | |
| | Total | 15,442.79 | |
| | JAMES R LOGAN ESQ  2539 N CHARLES ST  BALTIMORE, MD 21218-0000 | 2,915.00 | Debtor's Attorney |

Pursuant to 11 U.S.C. 502 (a), the filed claims are deemed allowed for purposes of distribution and shall be paid if provided for under the plan.
DEBTOR(S): IF YOU BELIEVE A CLAIM IS NOT CORRECT, YOU MUST FILE AN OBJECTION IN ACCORDANCE WITH BANKRUPTCY RULE 3007 AND LOCAL BANKRUPTCY RULE 3007-1.

/s/ Ellen W. Cosby  
Ellen W. Cosby, Trustee  
P.O. Box 20016  
Baltimore, MD 21284-0016

I hereby certify that on 04/11/2008 a copy of this Notice was served on the Debtor(s) by regular mail, postage prepaid. I further certify that a copy of this notice was served on the attorney for the Debtor(s) electronically through the Court's ECF system on the date this Report was uploaded for filing.

/s/ Ellen W. Cosby  
Ellen W. Cosby, Trustee